JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTELMO GARCIA, Petitioner, v. ACTING OR CURRENT WARDEN, et al., Respondents. | Case No. 5:26-cv-03326-DOC-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED.

Dated: August 18, 2026

David O. Carter

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE